TDCJ Offender Details

*83,897-01*

  

TEXAS DEPARTMENT OF CRIMINAL JUSTICE | TDCJ Home | Q New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06336805 |
| **TDCJ Number:** | 01907591 |
| **Name:** | BARRIENTOS,EDGAR JUVENTION |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1974-09-03 |
| **Maximum Sentence Date:** | 2028-03-05 |
| **Current Facility:** | GOREE |
| **Projected Release Date:** | 2028-03-05 |
| **Parole Eligibility Date:** | 2020-09-04 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

### Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |